# EXHIBIT A

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By signing below, I represent to this Honorable Court that I have been employed by **ROADCO TRANSPORTATION SERVICES, INC**, its parents, subsidiary, or affiliated companies, within the proper three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of overtime wages owed to me pursuant to applicable federal law and/or have not been paid minimum wages for all time worked pursuant to applicable federal law. I authorize through this Consent the filing and prosecution of this **Fair Labor Standards Act** action in my name and on behalf of all persons similarly situated to myself.

## NOTIFICATION DE CONSENTIMIENTO PARA PARTICIPAR COMO DEMANDANTE EN UNA ACCION COLECTIVA BAJO EL ACTA DE NORMAS LABORALES JUSTAS

Con mi firma yo le presento a la Corte Honorable que eh sido empleado/a de **ROADCO TRANSPORTATION SERVICES, INC**, sus empresas matrices, filiales, o asociades dentro de los tres (3) años anteriores y que he trabajado en exceso de cuarenta (40) horas en una semana individual y no se me pago horas extras que se me deben en conformidad con leyes federales y/o no se me ha pagado el salario minimo para todo el tiempo que trabaje en conformidad con leyes federales. Autorizo atravès de esta notificacion, la presenación y tramitactión de esta acción del **Fair Labor Standards Act** en mi nombre y de parte de todas las personas en situación simila a la mia.

**Leonardo Delgado:** _Leonardo Delgado_ (signature)
Saturday, June 07, 2014