# EXHIBIT B

| Company | C0783-00 |
|---|---|
| Number | 90 |
| Social Security # | XXX-XX-2252 |
| Hire Date | 12/6/2004 |
| Period Begin | 9/25/2011 |
| Period End | 10/1/2011 |
| Check Date | 10/7/2011 |
| Check Number | -9990150 |
| Division | |
| Branch | |
| Department | 000700 |
| Team | |

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 16.00 | 61.75 | 988.00 | 37666.75 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (988.00) | 77.05 | 2812.75 |
| OASDI (988.00) | 41.50 | 1582.01 |
| Medicare (988.00) | 14.33 | 546.18 |
| IL (M/1) (988.00) | 47.48 | 1755.66 |
| Advance | | 250.00 |
| Checking #1 74179XXXX | 807.64 | 18490.80 |

| Total Earnings | 988.00 | 37666.75 | Total Deductions | 988.00 | 25431.40 |
|---|---|---|---|---|---|
| NET PAY | 807.64 | | Total Direct Deposits | 807.64 | |
| | | | Check Amount | 0.00 | 12223.35 |

Paywire USA

| Company | C0783-00 | Period Begin | 2/5/2012 | Division | | Branch | |
|---|---|---|---|---|---|---|---|
| Number | 90 | Period End | 2/11/2012 | | | | |
| Social Security # | XXX-XX-2252 | Check Date | 2/17/2012 | | | Department | 000700 |
| Hire Date | 12/6/2004 | Check Number | -9998507 | | | Team | |

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 16.00 | 71.50 | 1144.00 | 7724.00 |

| | Total Earnings | | 71.50 | 1144.00 | 7724.00 |
|---|---|---|---|---|---|

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (1044.00) | 83.62 | 543.74 |
| OASDI (044.00) | 43.85 | 295.01 |
| Medicare (1044.00) | 15.14 | 101.85 |
| IL (M/1) (1044.00) | 50.28 | 337.76 |
| Advance | | 50.00 |
| 125 Health | 100.00 | 700.00 |
| Checking #1 74179XXXX | 351.11 | 5696.64 |

| Total Deductions | 1144.00 | 7724.00 |
|---|---|---|

| NET PAY | 851.11 | Total Direct Deposits | 851.11 | Check Amount | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

Payrille USA

## Leonardo Delgado

| | |
|---|---|
| Company | C0783-00 |
| Number | 90 |
| Social Security # | XXX-XX-2252 |
| Hire Date | 12/6/2004 |
| Period Begin | 3/18/2012 |
| Period End | 3/24/2012 |
| Check Date | 3/30/2012 |
| Check Number | -999983807 |
| Division | |
| Branch | |
| Department | 000700 |
| Team | |

**Chicago Atlantic Express, Inc.**
3417 S. Cicero Ave.
Cicero, IL 60804

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 16.00 | 69.75 | 1116.00 | 14496.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (1016.00) | 79.42 | 1030.66 |
| OASDI (1016.00) | 42.67 | 554.23 |
| Medicare (1016.00) | 14.73 | 1?·34 |
| IL (M /1) (1016.00) | 48.88 | 34 |
| Advance | | 50.00 |
| 125 Health | 100.00 | 1300.00 |
| Checking #1 74179XXXX | 830.30 | 10734.93 |

| | Current | Year To Date |
|---|---|---|
| Total Earnings | 1116.00 | 14496.00 |
| Total Deductions | | 0:00 |
| Total Direct Deposits | 830.30 | |
| NET PAY | 0:00 | 0:00 |
| Check Amount | | |

Payville USA

**Leonardo Delgado**

| | | | |
|---|---|---|---|
| Company | C0783-00 | Period Begin | 4/15/2012 |
| Number | 90 | Period End | 4/21/2012 |
| Social Security # | XXX-XX-2252 | Check Date | 4/27/2012 |
| Hire Date | 12/6/2004 | Check Number | -99982865 |
| Division | | Branch | |
| Department | 000700 | Team | |

**Chicago Atlantic Express, Inc.**
5417 S. Cicero Ave.
Cicero, IL 60804

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 16.00 | 70.75 | 1132.00 | 19020.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (1132.00) | 96.82 | 1402.34 |
| OASDI (1132.00) | 47.54 | ).04 |
| Medicare (1132.00) | 16.41 | 255.49 |
| IL (M/1) (1132.00) | 54.68 | 848.36 |
| Advance | | 50.00 |
| 125 Health | | 1400.00 |
| Checking #1 74179XXXX | 916.55 | 14323.77 |

| | Current | Year To Date |
|---|---|---|
| Total Earnings | 1132.00 | 19020.00 |
| Total Direct Deposits | 916.55 | 19020.00 |
| Total Deductions | 1132.00 | 19020.00 |
| NET PAY | 916.55 | 0.00 |
| Check Amount | 0.00 | 0.00 |
| | 70.75 | |

Payville USA

**Leonardo Delgado**

| | | |
|---|---|---|
| Company: C0783-00 | Period Begin: 5/13/2012 | Division: |
| Number: 90 | Period End: 5/19/2012 | Branch: |
| Social Security #: XXX-XX-2252 | Check Date: 5/25/2012 | Department: 000700 |
| Hire Date: 12/6/2004 | Check Number: -999962083 | Team: |

**Chicago Atlantic Express, Inc.**
3417 S. Cicero Ave.
Cicero, IL 60804

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 16.00 | 62.75 | 1004.00 | 23116.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/3) (1004.00) | 77.62 | 1724.82 |
| OASDI (1004.00) | 42.17 | 912.07 |
| Medicare (1004.00) | 14.56 | 3??.98 |
| IL (M/1) (1004.00) | 48.28 | 1?..8 |
| 125 Health Advance | | 50.00 |
| | | 1400.00 |
| Checking #1 74179XXXX | 821.37 | 17668.75 |

| | Current | Year To Date |
|---|---|---|
| Total Earnings | 1004.00 | 23116.00 |
| Total Deductions | 100.00 | 821.37 |
| Total Direct Deposits | 821.37 | |
| **NET PAY** | 0.00 | 0.00 |
| Check Amount | | |

Payville USA