# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEONARDO DELGADO, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiff<br>v.<br>ROADCO TRANSPORTATION SERVICES INC., and PAUL R. ADELMAN, individually, Defendants | Case No. 14-cv-4429<br><br>Judge Kocoras |

I, Leonardo Delgado, under penalty of perjury, hereby depose and state that the following facts are true and correct:

1. I am over the age of 21, and if called upon to testify in this matter, would state as follows.

2. I was employed by Defendants RoadCo Transportation Services, Inc., and Paul R. Adelman at their yard operating a forklift to load and unload products and as a spotter.

3. Starting in June 2012, I also worked for Defendants as a dispatcher.

4. While working as a dispatcher, I also continued to operate a forklift and to work as a spotter.

5. As a loader, I used my forklift to pick up products from the dock and load them onto trucks.

6. As a loader, I had no discretion as to how the loading of trucks was done or how the products were distributed and secured. Every time I worked as a loader, I used my forklift to place and arrange the products in the truck based on the specific safety and loading instructions given to me on a piece of paper by my supervisor Danny Carr.

7. As a dispatcher, I had no discretion as to how the loading of trucks was done or how the products were distributed and secured. I never gave instructions or orders to other employees of Defendants as to how to distribute and secure the product.

8. I was never a truck driver and I never drove one of Defendants' trucks outside of Defendants' yard.

9. While working for Defendants, I was never a manager.

10. While working for Defendants, I never directed the work of any employee.

11. While working for Defendants, I did not have the authority to hire or fire employees.

12. While working for Defendants, I did not have the authority to make suggestions and recommendations on which employee(s) Defendants should hire, fire, advance, and/or promote.

13. My native language is Spanish. This affidavit was prepared on my behalf and translated for my by a Spanish-to-English interpreter prior to my signing it.

18. Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct.

Signed and sworn before me on this 27 day of November, 2015.

Notary Public for ___Plaintiff___ / Court Clerk

Signature: _Leonardo Delgado_

Leonardo Delgado

OFFICIAL SEAL
RAFAEL CASTILLO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/23/17